## Antionette Ptasinski, Appellant, v. Chicago Transit Authority, Appellee.

**Gen. No. 47,178.** 

First District, Third Division.

January 15, 1958.

Released for publication February 10, 1958.

Arthur

S. Gomberg and Fred Lane (Samuel Nineberg, of counsel) for appellant; Michael A. Gerrard, for appellee. Opinion by JUSTICE BURKE. **Not to be published in full.**